```
1    Pamela J. Yates (State Bar No. 137440)
     Email address:  pyates@kayescholer.com
2    Wendy S. Dowse (State Bar No. 261224 )
     Email address:  wdowse@kayescholer.com
3    KAYE SCHOLER LLP
     1999 Avenue of the Stars, Suite 1700
4    Los Angeles, California  90067
     Telephone:  (310) 788-1000
5    Facsimile:  (310) 788-1200

6    Attorneys for Defendants
     Wyeth, Inc., Wyeth Pharmaceuticals,
7    Pharmacia & Upjohn Company LLC,
     Pharmacia Corporation,
8    Pharmacia & Upjohn LLC, and Pfizer Inc.
```

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(FRESNO)

| Bettie Dall, | ) Case No.  1:10-cv-00319-OWW-DLB |
|---|---|
| Plaintiff, | ) **ORDER GRANTING STIPULATION TO EXTEND TIME TO APPEAR** |
| v. | ) |
| Wyeth, Inc., et al., | ) |
| Defendants. | ) |

The Court having considered the stipulation by the parties in this action, and finding good cause therefore;

IT IS HEREBY ORDERED THAT Defendants, Wyeth, Inc., Wyeth Pharmaceuticals, Pharmacia & Upjohn Company LLC, Pharmacia Corporation, Pharmacia & Upjohn LLC, and Pfizer Inc. are hereby granted an extension of time for all defendants to answer or otherwise respond to the complaints until 30 days after service of the Amended Complaint, or the date set forth in the executed Waiver of Service of Summons form for the Amended Complaint, whichever is later.

1     IT IS SO ORDERED.

3   Dated: May 18, 2010       **/s/ OLIVER W. WANGER**
                                        UNITED STATES DISTRICT COURT JUDGE

KAYE SCHOLER LLP

23288013.WPD    ORDER GRANTING STIPULATION TO EXTEND TIME TO APPEAR