Pamela J. Yates (State Bar No. 137440)
Email address: pyates@kayescholer.com
Wendy S. Dowse (State Bar No. 261224 )
Email address: wdowse@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys for Defendants
Wyeth, Inc., Wyeth Pharmaceuticals,
Pharmacia & Upjohn Company LLC,
Pharmacia Corporation,
Pharmacia & Upjohn LLC, and Pfizer Inc.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### (FRESNO)

| | |
|---|---|
| Bettie Dall, | Case No.  1:10-cv-00319-OWW-DLB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND FACT DISCOVERY DEADLINE** |
| v. | |
| Wyeth, Inc, et al., | |
| Defendants. | |

The Court having considered the stipulation by the parties in this action, and finding good cause therefore;

IT IS HEREBY ORDERED THAT Defendants, Wyeth, Inc., Wyeth Pharmaceuticals, Pharmacia & Upjohn Company LLC, Pharmacia Corporation, Pharmacia & Upjohn LLC, and Pfizer Inc. are hereby granted the extension for fact discovery deadline from October 29, 2010 to and including November 18, 2010.

All other deadlines set forth in the Court's First amended Scheduling Conference Order, filed July 6, 2010, shall remain the same.

IT IS SO ORDERED.

Dated: October 12, 2010          /s/ OLIVER W. WANGER

United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com