BRIAN S. KABATECK,  SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER,  SBN 171416
(rlk@kbklawyers.com)
LINA MELIDONIAN,   SBN 245283
(lm@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California  90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

SHAWN KHORRAMI,  SBN 180411
(skhorrami@khorrami.com)
KHORRAMI POLLARD & ABIR LLP
444 South Flower Street, 33rd Floor
Los Angeles, CA 90071
Tel: (213) 596-6000
Fax: (213) 596-6010

Attorneys for Plaintiff Bettie Dall

# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bettie Dall, an individual.<br><br>Plaintiff,<br><br>vs.<br><br>WYETH, INC. (f/k/a AMERICAN HOME PRODUCTS; WYETH PHARMACEUTICALS (f/k/a WYETH-AYERST PHARMACEUTICALS); WYETH LLC; PHARMACIA & UPJOHN COMPANY, LLC; PHARMACIA & UPJOHN LLC; PHARMACIA CORPORATION; PFIZER, Inc. and DOES 1 through 100, Inclusive, (hereinafter Defendants)<br><br>Defendants. | Case No. 1:10-CV-00319-OWW-DLB<br><br>[Judge Oliver W. Wanger]<br><br>**STIPULATION AND ORDER TO EXTEND ALL DEADLINES FOR 60 DAYS** |

1

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES**

Through this Stipulation, and for the reasons set forth below, Plaintiff Bettie Dall ("Plaintiff") and defendants Wyeth Inc. et. al. ("Defendants") (together referred to as the "Parties") stipulate to the extension of their expert disclosure deadlines, pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), and all other deadlines set by this Court by 60 days:

WHEREAS, the Parties have encountered various scheduling difficulties for completing the noticed depositions during the fact discovery phase of this litigation;

WHEREAS, the Parties continue to have difficulty locating two of Ms. Dall's treating physicians- Dr. Samuel Jones, M.D. and Dr. Christina Howard, M.D.;

WHEREAS, the Parties have agreed to cancel the deposition of Dr. Downs, M.D., but continue to seek confirmation on the depositions for Dr. Samuel Jones, M.D. and Dr. Christina Howard, M.D.;

WHEREAS Plaintiff's expert disclosure deadline is currently due on November 29, 2010;

WHEREAS, the deposition testimonies of Dr. Samuel Jones, M.D. and Dr. Christina Howard, M.D. are needed for Plaintiff's experts to be able to fully and properly comply with the requirements as set forth under Fed. R.Civ. P. 26;

It is hereby stipulated by the Parties that:

///
///
///
///
///
///
///

The deadline for Plaintiff to disclose all experts and to fully comply with Fed. R.Civ. P. 26 shall be continued from November 29, 2010 to January 28, 2011.

The deadline for Defendants to disclose all experts and to fully comply with Fed. R.Civ. P. 26 shall be continued from December 29, 2010 to February 28, 2011.

The deadline for Plaintiff to submit rebuttal expert reports shall be continued to March 28, 2011.

The deadline for Defendant to submit rebuttal expert reports shall be continued to May 2, 2011.

The fact discovery cut off shall be extended to January 18, 2011.

The expert discovery cut off shall be extended to June 1, 2011.

The non-dispositive motion filing deadline shall be extended to June 16, 2011.

The hearing for date for the non-dispositive motion shall be extended to July 8, 2011 at 9:00 a.m. in Courtroom 9.

The deadline to file dispositive motions shall be extended to July 1, 2011.

The hearing for date for the dispositive motions shall be extended to August 8, 2011 at 10:00 a.m. in Courtroom 9.

The settlement conference date shall be extended to June 13, 2011 at 10:00 a.m. in Courtroom 9.

The pre-trial conference date shall be extended to September 12, 2011 at 11:00 a.m. in Courtroom 9.

The trial date shall be continued from August 30, 2011 to November 1, 2011.

| | | | |
|---|---|---|---|
| 1 | Dated:  December 2, 2010 | By: | /s/ Richard L. Kellner, Esq. |
| 2 | | | Richard L. Kellner, Esq. |
| | | | KABATEK BROWN KELLNER LLP |
| 3 | | | 644 South Figueroa Street |
| 4 | | | Los Angeles, CA  90017 |
| | | | Telephone: (213) 217-5000 |
| 5 | | | Facsimile: (213) 217-5010 |

*Attorneys for Plaintiff Janet Palumbo*

Dated: December 2, 2010   By:   /s/ Wendy Dowse, Esq.
                                Wendy Dowse, Esq.
                                KAYE SCHOLER LLP

Attorneys for Pfizer Inc., Pharmacia & Upjohn Company LLC and Wyeth LLC

IT IS SO ORDERED.

   Dated:   **December 2, 2010**            **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE

4
**STIPULATION AND ORDER TO EXTEND DEADLINES**