BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
(rlk@kbklawyers.com)
LINA MELIDONIAN, SBN 245283
(lm@kbklawyers.com)
STEVE FARIES (*admitted pro hac*)
(sf@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

SHAWN KHORRAMI, SBN 180411
(skhorrami@khorrami.com)
BAHAR DEJBAN.      SBN 240135
(bdejban@khorrami.com)
KHORRAMI POLLARD & ABIR LLP
444 South Flower Street, 33rd Floor
Los Angeles, CA 90071
Tel: (213) 596-6000
Fax: (213) 596-6010

Attorneys for Plaintiff Bettie Dall.

# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bettie Dall, an individual. | Case No. 1:10-CV-00319-OWW-DLB |
| Plaintiff, | [Judge Oliver W. Wanger] |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINES** |
| Wyeth, Inc. (f/k/a American Home Products; Wyeth Pharmaceuticals (f/k/a Wyeth-Ayerst Pharmaceuticals); Wyeth LLC; Pharmacia & Upjohn Company, LLC; Pharmacia & Upjohn LLC; Pharmacia Corporation; Pfizer, Inc. and Does 1 through 100, inclusive, (Hereinafter Defendants) | |
| Defendants. | |

1

**STIPULATION AND ORDER TO EXTEND DEADLINES**

Through this Stipulation, and for the reasons set forth below, Plaintiff Bettie Dall ("Plaintiff") requested and Wyeth Inc. et. al. ("Defendants") agreed to stipulate to the extension of all remaining pre-trial deadlines and also stipulate to adjourn the trial date of November 1, 2011 to March 20, 2012:

WHEREAS, pursuant to the December 3, 2010 Order to Extend All Deadlines, this matter is currently set on the Court's November 1, 2011 trial calendar, with the following upcoming deadlines:

| | |
|---|---|
| Expert Discovery Deadline | June 1, 2011 |
| Mediation & Settlement Conference Deadline | June 27, 2011 |
| Non-Dispositive Motions Deadline | June 16, 2011 |
| Non-Dispositive Motion Hearing | July 8, 2011 |
| Dispositive Motions Deadline | July 1, 2011 |
| Dispositive Motion Hearing | August 8, 2011 |
| Final Pretrial Conference Date | September 12, 2011 |
| Trial Date | November 1, 2011 |

WHEREAS, Plaintiff's counsel is currently set in 8 Hormone Replacement Therapy ("HRT") trials in 3 states over the next year.  Each HRT trial, like this matter, requires substantial logistical planning, extensive coordination of witnesses and resources, and 4-6 weeks of trial time;

WHEREAS, Plaintiff's counsel has other civil trials set to begin in the years 2011 and 2012, in addition to cases regarding HRT;

WHEREAS, none of the 8 HRT trials were initially scheduled with consideration of and in coordination with Plaintiff counsel's other trial dates and locations;

WHEREAS, the current overlapping and uncoordinated fact and expert discovery deadlines across the 8 HRT cases are too burdensome to adequately and properly handle by Plaintiff's counsel because there are as many as 8 expert and 15 fact witness depositions per case in multiple states;

WHEREAS, the process to obtain original breast imaging and pathology tissue from multiple hospitals is cumbersome and slow because the treating hospitals are very reluctant to release these materials for outside expert review and testing and this stalls the expert discovery process;

WHEREAS, while the Parties have diligently worked together, Plaintiff's counsel cannot effectively handle 8 simultaneous cases without changes to the pretrial and trial deadlines in various HRT cases;

WHEREAS, the Parties have conferred for two weeks to coordinate and revise the scheduling plan across multiple trials set for the years 2011 and 2012 and believe that the proposed dates in the motion address the Parties' concerns, while keeping the cases moving expeditiously towards trial.

For the foregoing reasons, the Parties respectfully request that the Court enter an Order extending all pretrial deadlines as indicated below, and adjourn the trial date of November 1, 2011 to March 20, 2012:

The new deadlines would read as follows:

| | |
|---|---|
| Expert Discovery Deadline | September 16, 2011 |
| Mediation & Settlement Conference Deadline | October 3, 2011 |
| Non-Dispositive Motions Deadline | October 31, 2011 |
| Non-Dispositive Motion Hearing | December 16, 2011 |
| Dispositive Motions Deadline | November 28, 2011 |
| Dispositive Motion Hearing | January 9, 2011 |
| Final Pretrial Conference Date | February 6, 2012 |
| Trial Date | March 20, 2012 |

**STIPULATION AND ORDER TO EXTEND DEADLINES**

| | | | |
|---|---|---|---|
| 1 | Dated:  June 6, 2011 | By: | /s/ Richard L. Kellner, Esq. |
| 2 | | | Richard L. Kellner, Esq. |
| | | | KABATEK BROWN KELLNER LLP |
| 3 | | | 644 South Figueroa Street |
| 4 | | | Los Angeles, CA  90017 |
| | | | Telephone: (213) 217-5000 |
| 5 | | | Facsimile: (213) 217-5010 |

*Attorneys for Plaintiff  Bettie Dall*

| | | | |
|---|---|---|---|
| | Dated:  June 6, 2011 | By: | /s/ Shawn Khorrami, Esq . |
| | | | Shawn Khorrami, Esq. |
| | | | 444 South Flower Street, 33rd Floor |
| | | | Los Angeles, CA 90071 |
| | | | Telephone: (213) 596 – 6000 |
| | | | Facsimile: (213) 596 – 6010 |

| | | | |
|---|---|---|---|
| | Dated: June 6, 2011 | By: | /s/ Wendy Dowse, Esq. |
| | | | Wendy Dowse Esq. |
| | | | KAYE SCHOLER LLP |

*Attorneys for Pfizer Inc., Pharmacia &   Upjohn Company LLC and W*

IT IS SO ORDERED.

Dated:  **June 8, 2011**            **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

4
**STIPULATION AND ORDER TO EXTEND DEADLINES**