| | |
|---|---|
| 1 | BRIAN S. KABATECK, SBN 152054 |
| 2 | (bsk@kbklawyers.com) |
|   | RICHARD L. KELLNER, SBN 171416 |
| 3 | (rlk@kbklawyers.com) |
|   | KABATECK BROWN KELLNER LLP |
| 4 | 644 South Figueroa Street |
|   | Los Angeles, California 90017 |
| 5 | Telephone: (213) 217-5000 |
|   | Facsimile: (213) 217-5010 |

SHAWN KHORRAMI, SBN 180411
(skhorrami@khorrami.com)
BAHAR DEJBAN, SBN 240135
(bdejban@kpalawyers.com)
KHORRAMI POLLARD & ABIR LLP
444 South Flower Street, 33rd Floor
Los Angeles, CA 90071
Tel: (213) 596-6000
Fax: (213) 596-6010

Attorneys for Plaintiff Bettie Dall

# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bettie Dall, an individual. | Case No. 1:10-CV-00319-OWW-DLB |
| Plaintiff, | **ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL** |
| vs. | |
| WYETH, INC. (f/k/a AMERICAN HOME PRODUCTS; WYETH PHARMACEUTICALS (f/k/a WYETH-AYERST PHARMACEUTICALS); WYETH LLC; PHARMACIA & UPJOHN COMPANY, LLC; PHARMACIA & UPJOHN LLC; PHARMACIA CORPORATION; PFIZER, Inc. and DOES 1 through 100, Inclusive, (hereinafter Defendants) Defendants. | Courtroom: 3 Judge Oliver W. Wagner |

1

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL**

The above matter came on pursuant to Khorrami Pollard & Abir, LLP's Motion for Withdrawal of Counsel. Based on the file, record, and proceedings herein, it is hereby ORDERED:

1. Counsel James M. Kenna is hereby relieved as counsel for Plaintiff with respect to the above referenced matter.
2. Motion hearing set for August 8, 2011 is VACATED.

IT IS SO ORDERED.

Dated: **August 2, 2011**         **/s/ Oliver W. Wanger**
                                  UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL**