| | |
|---|---|
| Pamela J. Yates (SBN 137440)<br>E-mail: pyates@kayescholer.com<br>Wendy S. Dowse (SBN 261224)<br>E-mail: wdowse@kayescholer.com<br>Julie Belezzuoli (SBN 267302)<br>E-mail: julie.belezzuoli@kayescholer.com<br>KAYE SCHOLER LLP<br>1999 Avenue of the Stars, Suite 1700<br>Los Angeles, California 90067-6048<br>Telephone: (310) 788-1000<br>Facsimile: (310) 788-1200<br><br>Attorneys for Defendants | Brian S. Kabateck (SBN 152054)<br>Email: bsk@kbklawyers.com<br>Richard Kellner (SBN 171416)<br>Email: rlk@kbklawyers.com<br>Lina Melidonian (SBN 245283)<br>Email: lm@kbklawyers.com<br>Steve Faries (*admitted pro hac*)<br>Email: sf@kbklawyers.com<br>Kabateck Brown Kellner, LLP<br>644 S. Figueroa St.<br>Los Angeles, CA 90017<br>Telephone: (213) 217-5000<br>Facsimile: (213) 217-5010<br><br>Shawn Khorrami (SBN 180411)<br>Email: skhorrami@kpalawyers.com<br>Bahar Dejban (SBN 240135)<br>Email: bdejban@kpalawyers.com<br>Khorrami Pollard & Abir LLP<br>444 S Flower Street<br>33rd Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 596-6000<br>Facsimile: (213) 596-6010<br><br>Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### (FRESNO)

| | |
|---|---|
| Bettie Dall,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Wyeth, Inc, et al.,<br><br>　　　　Defendants. | Case No. 1:10-cv-00319-JRG-DLB<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

The Court having considered the stipulation by the parties in this action, and finding good cause therefore;

IT IS HEREBY ORDERED THAT this action be dismissed without prejudice, subject to the claims being resolved, as to all defendants.

IT IS SO ORDERED.

Dated: January 17, 2012



Joseph R. Goodwin, Chief Judge